UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DOMINICK IMBRAGUGLIO (#522412)**

**VERSUS**

**DARREL VANNOY, ET AL.**

CIVIL ACTION

NO. 21-113-JWD-RLB

<u>**OPINION**</u>

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 26, 2021 (Doc. 15), to which an objection was filed and considered, (Doc. 16),

**IT IS ORDERED** that this action is dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A[1] and the Court declines the exercise of supplemental jurisdiction over any potential state law claims.

**IT IS FURTHER ORDERED** that the plaintiff's Motion for Appointment of Counsel (Doc. 10) is denied as moot.

Judgement shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>June 21, 2021</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

1 The plaintiff is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or ap peal a judgment in a civil action or proceeding under this section [Proceedings in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."